# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERMAINE GILKES,<br><br>Plaintiff,<br><br>v.<br><br>ROY L. HENDRICKS, et al.,<br><br>Defendants. | Civil Action No. 14-3209 (JLL)<br><br>ORDER |

**IT APPEARING THAT:**

1. On or about August 26, 2014, Petitioner Jermaine Gilkes filed his amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 6).

2. On October 17, 2014, this Court issued an Order directing Respondents to file a response to the § 2254 petition within 45 days. (ECF No. 7).

3. Respondents, however, apparently never received that initial order. (*See* ECF No. 12).

4. On January 29, 2015, Petitioner filed a motion for default judgment which this Court did not receive until February 5, 2015. (ECF No. 9).

5. On January 29, 2015, Petitioner also filed a motion to stay his deportation, which was not received by this Court until February 9, 2015. (ECF No. 10).

6. Petitioner, however, was deported to Guyana on February 3, 2015, before the Court received either motion. (*See* ECF No. 16).

7. This Court issued a second order to answer on March 18, 2015, which Respondents have received and to which they have responded. (ECF No. 11, 12, 13).

8. On May 19, 2015, Respondents filed their response to this habeas petition. (ECF No. 15).

**IT IS THEREFORE** on this 2nd day of June, 2015;

ORDERED that Petitioner's Motion for Default Judgment (ECF No. 9) is DENIED as Respondents have answered the petition; and it is further

ORDERED that Petitioner's Motion to Stay Deportation (ECF No. 10) is DENIED as Plaintiff had already been deported by the time the motion was received by the Court; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon the Respondents electronically and upon Petitioner by regular U.S. mail.

Hon. Jose L. Linares  
United States District Judge

2